NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN R. VEGA AND MARIA VEGA,<br><br>                       Plaintiffs,<br>      v.<br><br>JASON KILBUYN, RAY & SHERI TRUCKING, LLC, et al.,<br><br>                       Defendants. | **60-DAY ORDER**<br><br>17-cv-11774-WHW-CLW |

**Walls, Senior District Judge**

It has been reported to the Court that the above-captioned action has been settled (*see* ECF No. 16);

**ORDERED** that this action be and is hereby dismissed as to all litigants, without costs and without prejudice to the right, upon good cause shown **within an additional 60 days**, to reopen this action if the settlement has not been consummated. The Court shall retain jurisdiction to enforce any settlement agreement.

IT IS SO ORDERED:
S/ William H. Walls, USDJ
_____ J.

March 5, 2019