MaryJane Dobbs, Esq. (017121989)
**BRESSLER, AMERY & ROSS, P.C.**
325 Columbia Turnpike
Florham Park, New Jersey 07932
Telephone: (973) 514-1200
mjdobbs@bressler.com
Attorneys for Defendants
*Ray & Sheri Trucking, LLC and Jason Kilburn*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUAN R. VEGA and MARIA VEGA his wife,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KILBURN, RAY & SHERI TRUCKING, LLC, ABC Corp., 1-X, (said name being fictitious, true name presently unknown) John Doe 1-X, (said name being fictitious, true name presently unknown),<br><br>Defendants. | Civil Action No.: 2:17-cv-11774<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiffs Juan R. Vega and Maria Vega ("Plaintiffs") and Defendants Ray & Sheri Trucking, LLC and Jason Kilburn ("Defendants") and/or their respective counsels that the above-captioned action is dismissed with prejudice, including all claims, counterclaims and crossclaims, and without fees or costs to either party.

**LABARBIERA & MARTINEZ**
Attorneys for Plaintiffs

By: _____
Luis A. Martinez, Esq.

Dated: 3/22/19

**BRESSLER AMERY & ROSS, P.C.**
Attorneys for Defendants

By: _____
MaryJane Dobbs, Esq.

Dated: _____

5292981_1

**IT IS SO ORDERED:**
S/ William H. Walls, USDJ

4/16/19                                     U.S.D.J.